

# State of Connecticut Judicial Branch
# Civil and Family Inquiry

| | | |
|---|---|---|
| **Civil / Family Home** | 🖉 **NNH-CV17-5037720-S** | **JACKSON,ARLETTE,C. Et Al v. WELTY,JAMES Et Al** |
| **Attorney/Firm Case List** | **Prefix:** NH3 | **Case Type:** C20   **File Date:** 12/27/2016   **Return Date:** 01/24/2017 |
| **Attorney/Firm Look-up** 🔍 | | |

| Case Detail | Notices | History | Scheduled Court Dates | E-Services Login | Screen Section Help ▶ |

**Docket Number Search**
**Party Name Search**
**Property Address Search**

To receive an email when there is activity on this case, click here. 🔍

**Short Calendars**
  **By Court Location**
  **By Juris Number**
  **Motions to Seal or Close**
  **Calendar Notices**
  **Short Calendar**
    **Quick Guide** 🔍

Information Updated as of: 01/09/2017

### Case Information

| | |
|---|---|
| **Case Type:** | C20 - Contracts - Insurance Policy |
| **Court Location:** | NEW HAVEN JD |
| **List Type:** | No List Type |
| **Trial List Claim:** | |
| **Last Action Date:** | 12/28/2016 (The "last action date" is the date the information was entered in the system) |

**Court Events By Date**
**Court Events By Juris Number**

**Scheduling Inquiry**

**Pending Foreclosure Sales** 🔍

### Disposition Information

| | |
|---|---|
| **Disposition Date:** | |
| **Disposition:** | |
| **Judge or Magistrate:** | |

**Questions & Answers**
**Court Information** 🔍
**Legal Terms** 🔍

### Party & Appearance Information

| Party | | | No Fee Party | Category |
|---|---|---|---|---|
| P-01 | **ARLETTE C. JACKSON** | | | Plaintiff |
| | Self-Rep: | 1ST FL   1599 CHAPEL STREET   NEW HAVEN, CT 06511   File Date: 12/27/2016 | | |
| P-02 | **CHRO** Non-Appearing | | | Plaintiff |
| D-01 | **JAMES WELTY** Non-Appearing | | | Defendant |
| D-02 | **YALE UNIVERSITY** Non-Appearing | | | Defendant |

**Comments**

**Viewing Documents on Civil (including Housing) Cases:** A logged-in appearing self-represented party with electronic access to the case and a logged-in appearing attorney can view pleadings, orders and other documents that are *paperless* by selecting the document link below. Any attorney or self-represented party *without* an appearance on the case can look at court orders and judicial notices that are *electronic* on this case by choosing the link next to the order or selecting "Notices" from the tab at the top of this page and choosing the link to the notice on this website. Pleadings and other documents that are paperless can be viewed during normal business hours at any Judicial District courthouse and at many geographical area courthouses. Any pleadings or documents that are *not paperless* can be viewed during normal business hours at the Clerk's Office in the Judicial District where the case is. Any documents protected by law or by court order that are not open to the public cannot be viewed online and can only be viewed in person at the clerk's office where the file is located by those authorized by law or court order to see them.

### Motions / Pleadings / Documents / Case Status

| Entry No | File Date | Filed By | Description | Arguable |
|---|---|---|---|---|
| | | | | |

|  | 12/27/2016 | P | SUMMONS 📄 1 NEW | |
|---|---|---|---|---|
|  | 12/27/2016 | P | COMPLAINT 📄 1 NEW | |
| 100.30 | 12/27/2016 | P | RETURN OF SERVICE 📄 1 NEW | No |
| 101.00 | 11/22/2016 | P | MOTION TO WAIVE ENTRY FEE AND PAY COSTS OF SERVICE<br>*RESULT:* Granted 11/28/2016 HON JAMES ABRAMS | No |

| Scheduled Court Dates as of 01/06/2017 | | | |
|---|---|---|---|
| NNH-CV17-5037720-S - JACKSON,ARLETTE,C. Et Al v. WELTY,JAMES Et Al | | | |
| # | Date | Time | Event Description | Status |
| No Events Scheduled | | | |

Judicial ADR events may be heard in a court that is different from the court where the case is filed. To check location information about an ADR event, select the **Notices** tab on the top of the case detail page.

Matters that appear on the Short Calendar and Family Support Magistrate Calendar are shown as scheduled court events on this page. The date displayed on this page is the date of the calendar.

All matters on a family support magistrate calendar are presumed ready to go forward.

The status of a Short Calendar matter is not displayed because it is determined by markings made by the parties as required by the calendar notices and the civil or family standing orders. Markings made electronically can be viewed by those who have electronic access through the Markings History link on the Civil/Family Menu in E-Services. Markings made by telephone can only be obtained through the clerk's office. If more than one motion is on a single short calendar, the calendar will be listed once on this page. You can see more information on matters appearing on Short Calendars and Family Support Magistrate Calendars by going to the Civil/Family Case Look-Up page and Short Calendars By Juris Number or By Court Location.

Periodic changes to terminology that do not affect the status of the case may be made.

This list does not constitute or replace official notice of scheduled court events.

**Disclaimer:** For civil and family cases statewide, case information can be seen on this website for a period of time, from one year to a maximum period of ten years, after the disposition date. If the Connecticut Practice Book Sections 7-10 and 7-11 give a shorter period of time, the case information will be displayed for the shorter period. Under the Federal Violence Against Women Act of 2005, cases for relief from physical abuse, foreign protective orders, and motions that would be likely to publicly reveal the identity or location of a protected party may not be displayed and may be available only at the courts.

Attorneys | Case Look-up | Courts | Directories | EducationalResources | E-Services | FAQ's | Juror Information | News & Updates | Opinions | Opportunities | Self-Help | Home

Common Legal Terms | Contact Us | Site Map | Website Policies

Copyright © 2017, State of Connecticut Judicial Branch

Page Created on 1/9/2017 at 4:47:34 PM

http://civilinquiry.jud.ct.gov/CaseDetail/PublicCaseDetail.aspx?DocketNo=NNHCV175037...    1/9/2017

# SUMMONS - CIVIL

JD-CV-1 Rev. 4-16
C.G.S. §§ 51-346, 51-347, 51-349, 51-350, 52-45a,
52-48, 52-259, P.B. §§ 3-1 through 3-21, 8-1, 10-13

See other side for instructions

**STATE OF CONNECTICUT**
**SUPERIOR COURT**
www.jud.ct.gov

- [ ] "X" if amount, legal interest or property in demand, not including interest and costs is less than $2,500.
- [ ] "X" if amount, legal interest or property in demand, not including interest and costs is $2,500 or more.
- [x] "X" if claiming other relief in addition to or in lieu of money or damages.

TO: Any proper officer; BY AUTHORITY OF THE STATE OF CONNECTICUT, you are hereby commanded to make due and legal service of this Summons and attached Complaint.

| Address of court clerk where writ and other papers shall be filed (Number, street, town and zip code) (C.G.S. §§ 51-346, 51-350) | Telephone number of clerk (with area code) | Return Date (Must be a Tuesday) |
|---|---|---|
| 235 Church Street New Haven CT 06510 | (203) 503-6800 | 1-24-2017 |

| | At (Town in which writ is returnable) (C.G.S. §§ 51-346, 51-349) | Case type code (See list on page 2) |
|---|---|---|
| [x] Judicial District  [ ] G.A. Number: [ ] Housing Session | New Haven | Major: ___ Minor: C20 |

**For the Plaintiff(s) please enter the appearance of:**

Name and address of attorney, law firm or plaintiff if self-represented (Number, street, town and zip code): Arlette Jackson 1599 Chapel Street #71 New Haven CT 06511

Juris number (to be entered by attorney only): ___

Telephone number (with area code): 203 584-5406

Signature of Plaintiff (if self-represented): Arlette Jackson

The attorney or law firm appearing for the plaintiff, or the plaintiff if self-represented, agrees to accept papers (service) electronically in this case under Section 10-13 of the Connecticut Practice Book. [x] Yes [ ] No

Email address for delivery of papers under Section 10-13 (if agreed to): ___

Number of Plaintiffs: ___  Number of Defendants: ___  [ ] Form JD-CV-2 attached for additional parties

| Parties | Name (Last, First, Middle Initial) and Address of Each party (Number; Street; P.O. Box; Town; State; Zip; Country, if not USA) | |
|---|---|---|
| First Plaintiff | Name/Address: Arlette Jackson 1599 Chapel Street #71 New Haven CT 06511 | P-01 |
| Additional Plaintiff | Name/Address: CHRO 450 Columbus Blvd, STE 2, Hartford CT 06103 | P-02 |
| First Defendant | Name/Address: James Welty ISG Legal Dept. The Standard Inc., P.O. Box 2800 Portland OR 97202 | D-01 |
| Additional Defendant | Name/Address: Yale University c/o Yale Univ. P.O. Box 208256 New Haven CT 06520 | D-02 |
| Additional Defendant | Name/Address: | D-03 |
| Additional Defendant | Name/Address: | D-04 |

## Notice to Each Defendant

1. **YOU ARE BEING SUED.** This paper is a Summons in a lawsuit. The complaint attached to these papers states the claims that each plaintiff is making against you in this lawsuit.
2. To be notified of further proceedings, you or your attorney must file a form called an "Appearance" with the clerk of the above-named Court at the above Court address on or before the second day after the above Return Date. The Return Date is not a hearing date. You do not have to come to court on the Return Date unless you receive a separate notice telling you to come to court.
3. If you or your attorney do not file a written "Appearance" form on time, a judgment may be entered against you by default. The "Appearance" form may be obtained at the Court address above or at www.jud.ct.gov under "Court Forms."
4. If you believe that you have insurance that may cover the claim that is being made against you in this lawsuit, you should immediately contact your insurance representative. Other action you may have to take is described in the Connecticut Practice Book which may be found in a superior court law library or on-line at www.jud.ct.gov under "Court Rules."
5. If you have questions about the Summons and Complaint, you should talk to an attorney quickly. **The Clerk of Court is not allowed to give advice on legal questions.**

| Signed (Sign and "X" proper box) | [ ] Commissioner of the Superior Court  [x] Assistant Clerk | Name of Person Signing at Left: Kevin P. Smith | Date signed: 12-7-16 |
|---|---|---|---|

If this Summons is signed by a Clerk:
a. The signing has been done so that the Plaintiff(s) will not be denied access to the courts.
b. It is the responsibility of the Plaintiff(s) to see that service is made in the manner provided by law.
c. The Clerk is not permitted to give any legal advice in connection with any lawsuit.
d. The Clerk signing this Summons at the request of the Plaintiff(s) is not responsible in any way for any errors or omissions in the Summons, any allegations contained in the Complaint, or the service of the Summons or Complaint.

**For Court Use Only**
File Date
Judicial District of New Haven
**SUPERIOR COURT FILED**
DEC 27 2016
CHIEF CLERK'S OFFICE
Docket Number: CV17-5037720

| I certify I have read and understand the above: | Signed (Self-Represented Plaintiff): Arlette Jackson | Date: 12/07/2016 |
|---|---|---|

(Page 1 of 2)

(1)

Arlette Jackson                                    Superior Court
          vs
The Standard Inc                     12/7/16
  c/o Yale University
Began Long Term disability Nov. 2007 - June 2016
Conn Gen. STAT. 46a-103
Conn Gen. STAT. 46a-100
            COMPLAINT
CHRO No. 1730044
EEOC No 16A201601654, Started Nov. 2007
Denying my Long Term Benefits, since June 2016
I Complaintant Arlette Jackson
am Requesting CHRO Legal Dept.
at 450 Columbus BLVD Ste 2,
Hartford, CT. 06103 to represent
me in a civil action case against
The Standard Administration. I
emailed mr. James Welty to let him
know I want to proceed, at Jwelty@
standard.com, also I emailed the copy
of my letter headed " Release of Jurisdiction"
from The Executive Director, Tayu A.
Hughes, to mr. Welty. mr. Welty still
feels its dismissed and I have no other
options. There is 2 years of Statue of
limitations. The Standard Inc, has been
very rude since became aquainted.
They are very Rude, and was given emails
And documents on time, but they didn't Accept

I have No money to pay Bills Nor, holidays. This isn't their first time. I have been discriminated against, and racially discriminated against as a genocide. Violations of the Disability act in CT.

Aulette Jackson

STATE OF CONNECTICUT  )
                      )
                      )  SS: HARTFORD        December 22, 2016
COUNTY OF HARTFORD    )


THEN and by virtue hereof and by direction of the plaintiff I made due and legal service upon the within named defendant, by leaving one verified, true and attested copy of the original SUMMONS CIVIL, COMPLAINT in the hands of Michele C. at the office of the Attorney General, at 55 Elm Street, Hartford, Connecticut. The Attorney General is the said Authorized Recipient of Service for the within named defendant:

Commission on Human Rights and Opportunities (CHRO)

THE WITHIN IS THE ORIGINAL SUMMONS CIVIL, COMPLAINT WITH MY DOINGS HEREON ENDORSED.

FEES:

VERIFIED COPIES:$3.00

ENDORSEMENTS:$0.80

SERVICE:$40.00

TRAVEL:$7.99

TOTAL:$51.79

ATTEST:

_____
CT STATE MARSHAL
COUNTY OF HARTFORD


**Brian R. Wright**

Connecticut State Marshal

P.O. Box 340752   Hartford, CT 06134   860-883-5832

Judicial District of New Haven
SUPERIOR COURT
FILED

DEC 27 2016

CHIEF CLERK'S OFFICE