UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ARLETTE C. JACKSON | : | |
|     Plaintiff | : | |
| | : | CIVIL ACTION NO. |
| vs. | : | 3:17-CV-00103-AVC |
| | : | |
| JAMES WELTY; and YALE UNIVERSITY | : | |
| | : | |
|     Defendants | : | FEBRUARY 8, 2017 |

## **DEFENDANT YALE UNIVERSITY'S MOTION TO DISMISS**

The Defendant, Yale University ("Yale"), hereby moves to dismiss the Plaintiff's Complaint. Yale adopts and incorporates by reference the arguments set forth in the motion to dismiss and accompanying memorandum of law filed by co-defendant James Welty on January 30, 2017. (Doc. No. 12.) As Mr. Welty correctly notes in his motion to dismiss, the Plaintiff's Complaint does not contain a single allegation against Yale. In fact, Yale is mentioned only in the heading of the Plaintiff's Complaint, where she refers to The Standard Inc. as "c/o Yale University." (Complaint, p. 1.) Moreover, all allegations regarding discrimination are directed toward Standard. The Complaint states, in pertinent part:

> The Standard Inc. has been very rude since became acquainted. They are very rude, and was given emails and documents on time, but they didn't accept. I have no money to pay bills nor holidays. This isn't their first time. I have been discriminated against, and racially discriminated against as a genocide. Violations of the disability act in CT.

(Complaint, p. 2).

**DONAHUE, DURHAM & NOONAN, P.C.**
CONCEPT PARK  •  741 BOSTON POST ROAD
GUILFORD, CONNECTICUT 06437
TEL:  (203) 458-9168  •  FAX:  (203) 458-4424
JURIS NO. 415438

Thus, the Plaintiff has not pled any cause of action against Yale; she has merely alleged claims against Standard. For this reason, and the reasons articulated more fully in Mr. Welty's Motion to Dismiss, Yale respectfully requests that this Court grant its Motion to Dismiss.

                THE DEFENDANT
                YALE UNIVERSITY

BY:    */s/ Patrick M. Noonan*
       Patrick M. Noonan CT00189
       DONAHUE, DURHAM & NOONAN, P.C.
       Concept Park
       741 Boston Post Road
       Guilford, CT 06437
       T: (203) 458-9168
       F: (203) 458-4424
       E: pnoonan@ddnctlaw.com
       Attorney for the Defendant

**CERTIFICATION**

      I hereby certify that, on the above-written date, a copy of the foregoing Appearance was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

Arlette Jackson
1599 Chapel Street
New Haven, CT 06511

Connecticut Commission on Human Rights and Opportunities
450 Columbus Boulevard
Harford, CT 06103

Brooks R. Magratten, Esq.
PIERCE ATWOOD LLP
72 Pine Street, 5th Floor
Providence, RI 02903

                                                                                 /s/
                                                                     Patrick M. Noonan